IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| OPAL MILLMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION, LEAR CORPORATION EEDS AND INTERIORS, as successor to United Technologies Automotive, Inc., ANDREWS DAIRY STORE, INC., and L.D. WILLIAMS, INC.,<br><br>Defendants. | Cause No. 1:16-CV-312 |

## DEFENDANT LEER CORPORATION EEDS AND INTERIORS'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, this Corporate Disclosure Statement is filed on behalf of the Defendant Lear Corporation EEDS and Interiors:

(a) Is said party a subsidiary or other affiliate of another corporation?

 X  Yes          __ No

If the answer is Yes, list below the identity of the parent or other affiliate corporation and the relationship between it and the named party: **Lear Operations Corporation is the parent of Lear Corporation EEDS and Interiors.**

(b) Is there a publicly held company that owns 10% or more of said party's stock?

 X  Yes          __ No

If the answer is Yes, identify each publicly held company that owns 10% or more of the party's stock: **The ultimate parent corporation of Lear Corporation EEDS and Interiors is Lear Lear Corporation, a publically traded entity.**

On behalf of the Defendant, Lear Corporation EEDS and Interiors, the undersigned counsel certifies that the foregoing corporate disclosure will be supplemented within a reasonable time in the event of any change in the information reflected above.

Dated:   August 26, 2016                          Respectfully submitted,

United Technologies Corporation

By:   /s/ Kelly J. Hartzler_____

One of Its Attorneys

Kelly J. Hartzler
BARNES & THORNBURG LLP
700 1st Source Bank Center
100 North Michigan
South Bend, IN 46601-1632
Telephone:  (574) 233-1171
Facsimile:  (574) 237-1125
kelly.hartzler@btlaw.com

Joseph G. Eaton (15731-29)
Alicia M.  Raines (32115-02)
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
joe.eaton@btlaw.com
Alicia.rainesbarrs@btlaw.com

## CERTIFICATE OF SERVICE

The foregoing **Corporate Disclosure Statement** was filed on August 26, 2016 electronically with the Clerk of Court using the CM/ECF system, and was sent by first-class U.S. mail, postage prepaid, to the following parties:

Thomas A. Barnard
Rodney L. Michael, Jr.
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204-2023

*Counsel for Plaintiff*

Thomas A. Herr
BARRETT MCNAGNY LLP
215 E. Berry Street
Fort Wayne, IN 46802

*Counsel for Defendant*
*Andrews Dairy Store, Inc.*

Bradley R. Sugarman
KREIG DEVAULT
One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079

*Counsel for Defendant*
*L.D. Williams, Inc.*

and via email to:

Barnard, Thomas TBarnard@taftlaw.com


/s/ Kelly J. Hartzler

DMS 4280671v1

3