IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| OPAL MILLMAN, ERIC POWELL, and LAURY POWELL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, LEAR CORPORATION EEDS AND INTERIORS, as successor to United Technologies Automotive, Inc., ANDREWS DAIRY STORE, INC., and L.D. WILLIAMS, INC., CP PRODUCTS, LLC, as successor to Preferred Technical Group, Inc., and LDW DEVELOPMENT, LLC<br><br>　　　　　Defendants. | Cause No. 1:16-CV-312-HAB-SLC |

**RAYTHEON TECHNOLOGIES CORPORATION'S MOTION TO EXCLUDE THE EXPERT OPINION TESTIMONY OF JAMES WELLS, PH.D., KATHLEEN GILBERT, PH.D., KENNETH SPAETH, M.D., AL WESTERMAN PH.D, PAUL SADIN, AND ZACHARY TORRY, MD.**

Defendants Raytheon Technologies Corporation, Lear Corporation EEDS and Interiors, and CP Product, LLC (collectively "Raytheon") respectfully move the Court pursuant to Federal Rule of Evidence 702 to exclude the expert opinion testimony and reports of Plaintiffs' purported expert witnesses James Wells, Ph.D., Kathleen Gilbert, Ph.D., Kenneth Spaeth, M.D., Al Westerman, Ph.D, Paul Sadin and Zachary Torry, M.D. Plaintiffs have not met their burden under Fed. R. Evid. 702 and *Daubert* in demonstrating that these purported experts are qualified to offer their opinions or that the methodologies they employed in reaching those opinions are reliable. In the alternative, Plaintiffs' proffered expert testimony may also be excluded under Federal Rule of Evidence 403, as its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury.

- 2 -

Raytheon respectfully requests that this Court exclude the expert opinion testimony and opinions of:

1) Plaintiffs' exposure and remediation witness, James Wells, Ph.D.;

2) Plaintiffs' non-medical, general causation witness Kathleen Gilbert, Ph.D.;

3) Plaintiffs' general and specific causation witness Kenneth Spaeth, M.D.;

4) Plaintiffs' risk assessment witness, Al Westerman, Ph.D.

5) Plaintiffs' historical expert on the "environmental hazards" of the use and disposal of TCE, Paul Sadin; and

6) Plaintiffs' medical psychiatry witness, Zachary Torry, MD.

In support of this motion, Raytheon incorporates by reference the following filed contemporaneously with this motion:

1) Defendants Raytheon and Williams Corp. Entities' Joint Statement of Facts;

2) Defendants Raytheon and Williams Corp. Entities' Joint Statement of the Standards Of Admissibility of Expert Testimony;

3) Defendants Raytheon and Williams Corp. Entities' Joint Memorandum of Law in Support of their Motion to Exclude the Expert Opinions of Al Westerman, Ph.D.;

4) Raytheon's Memorandum of Law in Support of its Motion to Exclude the Expert Opinions of James Wells, Ph.D.;

5) Raytheon's Memorandum of Law in Support of its Motion to Exclude the Expert Opinions of Kathleen Gilbert, Ph.D. and Kenneth Spaeth, M.D.;

6) Raytheon's Memorandum of Law in Support of its Motion to Exclude the Expert Opinions of Paul Sadin;

7) Raytheon's Memorandum of Law in Support of its Motion to Exclude the Expert Opinions of Zachary Torry, M.D.; and

8) Raytheon's Evidentiary Designation in Support of Motions to Exclude.

- 3 -

WHEREFORE, Raytheon respectfully requests that the Court grant this motion and exclude the expert opinion testimony and reports of Plaintiffs' expert witnesses, James Wells, Ph.D., Kathleen Gilbert, Ph.D., Kenneth Spaeth, M.D., Al Westerman, Ph.D., Paul Sadin and Zachary Torry, M.D. and grant Raytheon all other relief that is just and proper under the premises.

Dated:  April 14, 2022

/s/ Joseph G. Eaton

Joseph G. Eaton (15731-29)
Alejandra Reichard (35342-29)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
Joe.Eaton@btlaw.com
Alejandra.Reichard@btlaw.com

*Attorneys for Defendants*
*Raytheon Technologies Corporation,*
*Lear Corporation EEDS & Interiors, and*
*CP Product LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of April, 2022 a copy of the foregoing was served on the following parties via the court's electronic filing system:

| | |
|---|---|
| Thomas A. Barnard<br>Rodney L. Michael, Jr.<br>Benjamin A. Wolowski<br>Tammara D. Porter<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br><br>*Counsel for Plaintiff* | Bradley R. Sugarman<br>Seth Thomas<br>BOSE MCKINNEY<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204-2079<br><br>*Attorneys for Defendants*<br>*L.D. Williams, Inc., and LDW Development LLC* |

The following service was made via U.S. Mail on:

Andrews Dairy Store Inc.
Michael Burton
208 East Columbia Street
Andrews, IN 46702


                                                *Joseph G. Eaton*